IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MICHAEL KRAUSE,<br>      Plaintiff,<br><br>vs.<br><br>VISTRA ENERGY WELFARE BENEFIT PLAN,<br>      Defendant. | §<br>§<br>§<br>§<br>§    CAUSE NO: 5:20-cv-00001-RWS-CMC<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

On December _____, 2020, the Court entered an Order of Dismissal with Prejudice, dismissing all claims and this lawsuit against Defendant Vistra Energy Health and Welfare Benefit Plan with prejudice (Dkt. #_____). On April 24, 2020, in accordance with the parties' Joint Stipulation of Dismissal, the Court entered an Order dismissing Plaintiff's claims against Defendant Vistra Operations Company, LLC without prejudice, with the costs to be taxed against the party incurring same (Dkt. #13).

All of Plaintiff's claims and the Defendants have been dismissed. This Final Judgment disposes of all claims and all parties of record, and any and all relief not specifically granted herein is denied.

The parties will each bear their own costs.

It is so ORDERED this _____ day of December, 2020.