# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MICHAEL KRAUSE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> VISTRA OPERATIONS COMPANY, § <br> LLC, ET AL., § <br> § <br> Defendants. § | CIVIL ACTION NO.  5:20-CV-00001-RWS-CMC |

## ORDER

Before the Court is Plaintiff Michael Krause and Defendant Vistra Energy Health and Welfare Benefit Plan's[1] Joint Motion to Dismiss with Prejudice (Docket No. 29).  The motion is **GRANTED**.  It is therefore

**ORDERED** that Plaintiff Michael Krause's claims against Defendant Vistra Energy Health and Welfare Benefit Plan are **DISMISSED WITH PREJUDICE.**  It is further

**ORDERED** that the parties shall bear their own attorney's fees, costs and expenses.

All relief not previously granted is **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 30th day of December, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Vistra Energy Health and Welfare Benefit Plan was incorrectly sued as Vistra Energy Welfare Benefit Plan.