# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MICHAEL KRAUSE, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 5:20-CV-00001-RWS-CMC |
| § | |
| v. § | |
| § | |
| VISTRA OPERATIONS COMPANY, LLC, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 30th day of December, 2020.**

*[Signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE